CLOSED

# U.S. District Court
## Southern District of Georgia (Brunswick)
### CRIMINAL DOCKET FOR CASE #: 2:20-mj-00006-BWC All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Combs | Date Filed: 03/12/2020 |
| | Date Terminated: 03/19/2020 |

Assigned to: Magistrate Judge Benjamin W. Cheesbro

**Defendant (1)**

**Lamark Armond Combs**
*TERMINATED: 03/19/2020*

represented by **Whitney Lauren Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**
None

**Disposition**



**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**
**USA**

represented by **Karl Irving Knoche**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300

Savannah, GA 31401
912-652-4422
Fax: 912-652-4388
Email: karl.knoche@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven H. Lee**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-651-2550
Fax: 404-657-7441
Email: steven.lee2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney Lauren Johnson**
Whitney Lauren Johnson, PC
777 Gloucester Street, Suite 412
Brunswick, GA 31520
912-614-7307
Fax: 912-264-4225
Email: whitney@wjhunterlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2020 | | Attorney update in case as to Lamark Armond Combs. Attorney Whitney Lauren Johnson for Lamark Armond Combs added. (km) (Entered: 03/12/2020) |
| 03/12/2020 | 2 | TEXT ORDER for Appointment of Attorney as to Lamark Armond Combs. Whitney Lauren Johnson is appointed to serve as attorney for Defendant Lamark Armond Combs in this case. Signed by Magistrate Judge Benjamin W. Cheesbro on 3/12/2020. (km) (Entered: 03/12/2020) |
| 03/12/2020 | | NOTICE OF HEARING as to Lamark Armond Combs. Initial Appearance - Rule 40 set for 3/13/2020 01:30 PM in Brunswick - Courtroom 2 before Magistrate Judge Benjamin W. Cheesbro. (km) (Entered: 03/12/2020) |
| 03/13/2020 | 3 | Government's ORAL MOTION to Unseal Case by USA as to Lamark Armond Combs. (km) (Entered: 03/13/2020) |
| 03/13/2020 | 4 | Minute Entry for proceedings held before Magistrate Judge Benjamin W. Cheesbro. Initial Appearance-Rule 40 Transfer Out of District as to Lamark Armond Combs held on 3/13/2020. Defendant requests Identity Hearing and Detention Hearing. Identity Hearing and Detention Hearing to be set by Court. (Tape #FTR-BWK-CR2.) (km) (Entered: 03/13/2020) |

| Date | # | Description |
|---|---|---|
| 03/13/2020 | 5 | ORAL ORDER granting 3 Motion to Unseal Case as to Lamark Armond Combs. Signed by Magistrate Judge Benjamin W. Cheesbro on March 13, 2020. (km) (Entered: 03/13/2020) |
| 03/13/2020 |  | NOTICE OF HEARING as to Lamark Armond Combs. Identity Hearing and Detention Hearing set for 3/18/2020 02:00 PM in Brunswick - Courtroom 2 before Magistrate Judge Benjamin W. Cheesbro. (km) (Entered: 03/13/2020) |
| 03/13/2020 | 6 | CJA 23 Financial Affidavit by Lamark Armond Combs. (km) (Entered: 03/13/2020) |
| 03/16/2020 | 7 | MOTION To Allow for Testimony via Video by Steven H. Lee as to Lamark Armond Combs. Responses due by 3/30/2020. (Lee, Steven). (MG) (Entered: 03/16/2020) |
| 03/16/2020 | 8 | ORDER granting 7 Motion To Allow for Testimony via Video, as to Lamark Armond Combs (1). Signed by Magistrate Judge Benjamin W. Cheesbro on 03/16/2020. (MG) (Entered: 03/16/2020) |
| 03/18/2020 | 9 | WAIVER of Rule 5(c)(3) Hearing by Lamark Armond Combs (Johnson, Whitney) (Entered: 03/18/2020) |
| 03/18/2020 | 10 | ORDER OF DETENTION as to Lamark Armond Combs. The identity hearing and detention hearing scheduled for March 18, 2020 at 2:00 p.m. in the Brunswick Federal Courthouse is CANCELLED. Defendant will remain in the custody of the United States Marshal pending the transfer of Defendant to the Southern District of Iowa. Signed by Magistrate Judge Benjamin W. Cheesbro on 3/18/2020. (ca) (Entered: 03/18/2020) |
| 03/18/2020 |  | Terminate Hearings as to Lamark Armond Combs. (km) (Entered: 03/18/2020) |
| 03/19/2020 | 11 | COMMITMENT TO ANOTHER DISTRICT as to Lamark Armond Combs. Defendant is committed to District of Southern District of Iowa, Davenport Division. Signed by Magistrate Judge Benjamin W. Cheesbro on 3/19/20. (slt) (Entered: 03/19/2020) |
| 03/19/2020 | 12 | ORDER directing that Defendant be detained pending transfer to the Southern District of Iowa, Davenport Division as to Lamark Armond Combs. Signed by Magistrate Judge Benjamin W. Cheesbro on 3/19/20. (slt) (Entered: 03/19/2020) |
| 03/19/2020 |  | (Court only) ***Terminated defendant Lamark Armond Combs. TERMINATE CASE (slt) (Entered: 03/19/2020) |

**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | | | |
|---|---|---|---|---|
| CASE NO. | 2:20-mj-6 | DATE 3/13/2020 | TIME | 1:30-1:51 |
| USA v. | Lamark Armond Combs | | TAPE NO. | FTR-BWK-CR2 |

BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE       INTERPRETER:

| | | |
|---|---|---|
| X | DEFENDANT PRESENT | |
| X | COUNSEL FOR DEFENDANT | Whitney Johnson, appointed |
| X | ASSISTANT U.S. ATTORNEY | Steven Lee |
| X | DEPUTY CLERK | Kim Mixon |
| X | U.S.P.O | Fonda Dixon |
| X | U.S. MARSHAL | x  Jay Ciambrone    x  Marty Fitzgurls       Jason Parnell |
| X | RULE 40 PROCEEDINGS | X  INITIAL APPEARANCE    X  REMOVAL |

X  DEFENDANT ARRESTED IN CUSTODY OF USMS ON: 3/13/2020

X  DEFENDANT ADVISED OF RIGHTS.

X  DEFENDANT PROVIDED COPY OF CHARGING DOCUMENT (ARREST WARRANT ON INDICTMENT OUT OF SOUTHERN DISTRICT OF IOWA).

X  DEFENDANT REQUESTS ATTORNEY BE APPOINTED.

_  DEFENDANT WAIVES AN IDENTITY HEARING.

_  CONSULAR NOTIFICATION RIGHTS EXPLAINED.

GOVERNMENT MAKES ORAL MOTION TO UNSEAL THE CASE MATTER. COURT GRANTS MOTION. CJA AFFIDAVIT PROVIDED. WHITNEY JOHNSON APPOINTED FOR DEFENDANT LAMARK ARMOND COMBS.
DEFENDANT REQUESTS AN IDENTITY HEARING. COURT GOES OVER RULES OF HAVING AN IDENTITY HEARING.
GOVERNMENT MOVES FOR DETENTION AND REQUESTS A CONTINUANCE OF THE IDENTITY HEARING AND DETENTION HEARING IN ORDER TO ALLOW TIME FOR GOVERNMENT WITNESS TO TRAVEL FROM IOWA. COURT TO SET HEARINGS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMARK ARMOND COMBS | Case No. 2:20-mj-6 |

### GOVERNMENT'S MOTION TO ALLOW FOR TESTIMONY VIA VIDEO

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, hereby moves for leave to permit Davenport, Iowa Police Department Detective Sean Johnson to appear via video from the U.S. Attorney's Office, Southern District of Iowa, at the identity and detention hearing scheduled for Wednesday, March 18, 2020 at 2:00pm. The undersigned Assistant U.S. Attorney was informed that the Southern District of Iowa has imposed travel restrictions due to the coronavirus pandemic. Opposing counsel was contacted and counsel for Defendant Lamark Armond Combs does not oppose this motion.

Detective Johnson will provide testimony that is relevant to the issues of detention and identity of the defendant.

If leave is granted, the government will coordinate with the Court's staff to secure a timely and reliable video connection at the hearing.

Respectfully submitted this the 16th day of March, 2020,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ *Steven H. Lee*
Assistant United States Attorney
Georgia Bar No. 614037

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Facsimile: (912) 652-4388
E-mail: steven.lee2@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted this 16th day of March, 2020.

                BOBBY L. CHRISTINE
                UNITED STATES ATTORNEY

                */s/ Steven H. Lee*
                Assistant United States Attorney
                Georgia Bar No. 614037

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Facsimile: (912) 652-4388
E-mail: steven.lee2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:20-mj-6 |
| LAMARK ARMOND COMBS, | |
| Defendant. | |

FILED
Scott L. Poff, Clerk
United States District Court
By mgarcia at 4:45 pm, Mar 16, 2020

## ORDER

This matter is before the Court on the Government's Unopposed Motion to Allow for Testimony Via Video. Doc. 7. After careful consideration and for good cause shown, the Court **GRANTS** Defendant's Motion.

IT IS HEREBY ORDERED that Davenport, Iowa Police Department Detective Sean Johnson is permitted to appear via video teleconference from the U.S. Attorney's Office, Southern District of Iowa, at the identity and detention hearing scheduled for Wednesday, March 18, 2020 at 2:00 p.m., Courtroom 2, Brunswick Federal Courthouse.

**SO ORDERED**, this 16th day of March, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America )<br>v. )<br>Lamark Armond Combs )<br>_____ )<br>Defendant ) | Case No. 220-mj-6<br><br>Charging District's Case No. 3:20-cr-30 |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __U.S. District Court,__ __Southern District of Iowa, Arrest Warrant on Indictment__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 03/18/2020

_Lamark Combs_
Defendant's signature

_Whitney_
Signature of defendant's attorney

Whitney Lauren Johnson
*Printed name of defendant's attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:20-mj-6 |
| LAMARK ARMOND COMBS, | |
| Defendant. | |

### ORDER

The Court held an Initial Appearance in this case on March 13, 2020. At the Initial Appearance, the Government moved for Defendant's detention. Defendant requested an identity hearing and detention hearing to be held in this district. An identity hearing and detention hearing was set by the Court for March 18, 2020 at 2:00 p.m. with the Government's witness being allowed to testify via VTC. On March 18, 2020, prior to the scheduled hearing, Defendant filed a Waiver of Identity Hearing and Waiver of Detention Hearing for this district. Defendant does, however, seek to have detention hearing held in the prosecuting district, the Southern District of Iowa. Doc. 9. Therefore, the identity hearing and detention hearing scheduled for March 18, 2020 at 2:00 p.m. in the Brunswick Federal Courthouse is **CANCELLED**. Defendant will remain in the custody of the United States Marshal pending the transfer of Defendant to the Southern District of Iowa.

**SO ORDERED**, this 18th day of March, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 94 (Rev. 06/09) Commitment to Another District

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 3:29 pm, Mar 19, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 220-mj-6 |
| | : |
| | : |
| LAMARK ARMOND COMBS, | : Charging District's Case |
| *Defendant* | : No. 3:20-cr-30 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of Iowa, Davenport Division. The defendant will need an interpreter for this language:  N/A  .

The defendant:

        will retain an attorney.

  X  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    March 19, 2020

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRAGE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 3:25 pm, Mar 19, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 220-mj-6 |
| LAMARK ARMOND COMBS, | |
| Defendant. | |

### ORDER

On March 11, 2020, the United States District Court for the Southern District of Iowa, issued a warrant for the arrest of Lamark Armond Combs in the case of United States of America v. Lamark Armond Combs, Case No. 3:20-cr-30. Lamark Armond Combs appeared before the undersigned on March 15, 2020 for his Initial Appearance and to address his transfer to the Southern District of Iowa. Mr. Combs was represented by counsel at that hearing. Mr. Combs was advised of his right to an identity hearing and a detention hearing in this district. The Government moved for Defendant's detention. Defendant initially requested an identity hearing and a detention hearing to be held in this district. The Court set the hearing for March 18, 2020 at 2:00 p.m. in the Brunswick Federal Courthouse. Just prior to the scheduled hearing, Defendant filed an AO466A Waiver of Rule 5 & 5.1 Hearings form, waiving his right to an identity hearing and detention hearing in this district, doc. 9, and indicating his request to have a detention hearing and preliminary hearing in the Southern District of Iowa. This Court cancelled the identity hearing and detention hearing. Accordingly, Defendant is ordered detained pending the transfer to the Southern District of Iowa, Davenport Division.

**IT IS ORDERED**: The United States Marshal immediately transport Lamark Armond Combs, together with a copy of this Order, to the Southern District of Iowa, Davenport Division, and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive Lamark Armond Combs. The marshal or officer in the Southern District of Iowa should immediately notify the United States Attorney and the Clerk of Court for that district of Lamark Armond Combs's arrival.

The Clerk of this district must promptly transmit the documents in this case to the Southern District of Iowa, Davenport Division.

**SO ORDERED** this 19th day of March, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA