IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No.  3:20-cr-30 |
| | ) |
| v. | ) GOVERNMENT'S MOTION TO |
| | ) EXCLUDE DEFENDANT'S EXPERT |
| LAMARK ARMOND COMBS, JR, | ) WITNESS'S TESTIMONY |
| | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and hereby moves to exclude Defendant's expert witness's testimony.

1. Defendant is charged with two counts of Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e); one count of Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b); two counts of Receiving Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1); and one count of Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

2. On June 9, 2021, Defendant pleaded guilty to two counts of Receiving Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1); and one count of Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).  (DCD 253.)

3. Defendant's sentencing hearing is scheduled for October 14, 2021.  (DCD 254).

4. Defendant has retained a forensic expert witness in this case, Shawn Kasal. Throughout the pendency of this prosecution, the government has repeatedly requested Mr. Kasal's reports or summaries of his expected testimony, as required under the Stipulated Discovery Order and Federal Rule of Criminal Procedure 16(b)(1)(C).

5. On November 18, 2020, leading up to a scheduled trial date in December 2020, the government moved to exclude Mr. Kasal's testimony due to the lack of notice as a result of the lack of disclosures. (DCD 180.)

6. The December 2020 trial was continued, eventually to June 2021, however, so in April 2021, the Court granted in part and denied in part the government's motion. (DCD 214.) The Court found that Defendant's disclosures were insufficient under the rule. *Id.* p. 12. Due to the trial continuance, however, the Court did not exclude Mr. Kasal's testimony at that time, rather ordering Defendant to provide a compliant report no later than one month before trial. *Id.*

7. Defendant has alluded to the fact that he may possibly call Mr. Kasal at his sentencing hearing one week from today. As of today, the government has not received any further reports or summaries from Defendant and does not know the topic of Mr. Kasal's testimony. Due to this lack of notice and Defendant's failure to comply with the Stipulated Discovery Order and Federal Rule of Criminal Procedure 16(b)(1)(C), the government cannot meet this testimony at the sentencing hearing.

As such, the government respectfully requests the Court exclude Mr. Kasal's testimony.

                    Respectfully submitted,

                    Richard D. Westphal
                    Acting United States Attorney

By:   /s/ *Torrie J. Schneider*
       Torrie J. Schneider
       Clifford R. Cronk, III
       Assistant U.S. Attorneys
       United States Attorney's Office
       131 East 4th Street
       Davenport, IA 52801
       Office: (563) 449-5405
       E-mail: Torrie.Schneider@usdoj.gov
       Email: Cliff.Cronk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

  X   ECF/Electronic filing

UNITED STATES ATTORNEY

By: /s/ *Torrie J. Schneider*
     Assistant United States Attorney