# UNITED STATES DISTRICT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>**vs.**<br><br>**LAMARK ARMOND COMBS,**<br><br>Defendant. | **CASE NO. 3:20-CR-00030**<br><br>**NOTICE TO THE COURT OF RELABELING EXHIBIT LIST** |

**COMES NOW** the Defendant, LaMark Armond Combs Jr., through counsel, and provides Notice to the Court that exhibits filed on October 1, 2021 [dkt 252] will be relabeled in the sentencing memorandum as follows:

Exhibit A:   Facebook Posting of L.H.

Exhibit B:   Search Warrant, 06.05.2019

Exhibit C:   Report of Dr. Luis Rosell

Exhibit D:   Curriculum Vitae of Dr. Rosell

Exhibit E:   Sentencing Dates in Child Pornography Cases

Exhibit F:   Report of Shawn Kasal

Exhibit G:   Curriculum Vitae of Shawn Kasal

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER L.L.P.

BY:     /s/ *Alfredo Parrish*
        Alfredo Parrish    AT0006051
        2910 Grand Avenue
        Des Moines, Iowa 50312
        (515) 284-5737
        (515) 284-1704 (Fax)
        aparrish@parrishlaw.com
        **ATTORNEY FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on October 8, 2021.
I declare that the statements above are true to the best of my information, knowledge and belief.

        /s/ *Lori Yardley*

Torrie Jeane Schneider
Clifford Cronk
United States Attorney's Office
131 East 4th Street, Suite 310
Davenport, IA 52801
563-449-5405
563-449-5433 (Fax)
torrie.schneider@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Lamark Combs
**DEFENDANT**