# UNITED STATES DISTRICT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **LAMARK ARMOND COMBS,**  Defendant. | CASE NO. 3:20-CR-00030  NOTICE TO THE COURT WITH REGARD TO REVISIONS OF DEFENDANT'S SENTENCING BRIEF |

**COMES NOW** Counsel for the Defendant and for his Notice to The Court With Regard to Revisions of Defendant's Sentencing Brief states as follows:

1. Counsel advised the Court in its sentencing brief that Mr. Combs had embarked on a path withdrawing from some conduct once he moved to Georgia. Counsel arrived at this conclusion by reviewing the telephone records of Mr. Combs including the family telephone records that showed limited contact with friends in Iowa. Counsel had not completed his review of Facebook communications. Additionally, counsel attempted to review the records made available in the discovery provided by the Government.

2. Counsel did not recognize the correct dates in the discovery and acknowledges Mr. Combs communicated with Iowa residents after he moved to Georgia. Counsel continues to review this communication to determine, not only the accuracy but the nature and extent.

3. The sentencing brief will be revised on this issue and supplemented. In the alternative, counsel will address this issue in its reply brief. A copy will be filed under seal and forwarded to the Government.

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER L.L.P.

BY: /s/ *Alfredo Parrish*
Alfredo Parrish        AT0006051
2910 Grand Avenue
Des Moines, Iowa 50312
(515) 284-5737
(515) 284-1704 (Fax)
aparrish@parrishlaw.com
**ATTORNEY FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on October 11, 2021.
I declare that the statements above are true to the best of my information, knowledge, and belief.

/s/ *Lori Yardley*

Torrie Jeane Schneider
Clifford Cronk
United States Attorney's Office
131 East 4th Street, Suite 310
Davenport, IA 52801
563-449-5405
563-449-5433 (Fax)
torrie.schneider@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Lamark Combs
**DEFENDANT**

2